**Electronically Filed**
**Supreme Court**
**SCPW-18-0000496**
**09-JUL-2018**
**08:08 AM**

SCPW-18-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MICHAEL J. MATSUKAWA, Petitioner,

vs.

HARRY KIM, as Mayor, County of Hawai'i;
WIL OKABE, as Managing Director, County of Hawai'i;
COUNTY COUNCIL, COUNTY OF HAWAI'I, Respondents.

_____

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Michael J. Matsukawa's petition for writ of mandamus, filed on June 18, 2018, the supplemental declaration, filed on June 24, 2018, the request to withdraw the petition for writ of mandamus, filed on July 2, 2018, and the record, it appears that the request for relief has been rendered moot by the appointment and confirmation of eleven members to the County of Hawai'i Charter Commission for the 2019 review year on June 29, 2018. Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is dismissed.

DATED: Honolulu, Hawai'i, July 9, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

